IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as subrogee and assignee of Alpine Bank, | ) ) ) ) | Case No. 1:15-cv-00608 District Judge: Milton I. Shadur |
| Plaintiff, | ) ) ) | Magistrate Judge: Daniel G. Martin |
| vs. | ) ) | |
| IGNITION STUDIO, INC., | ) ) | |
| Defendant. | ) ) | |

**<u>DECLARATION OF SCOTT A. CALKINS</u>**

1.      I am an attorney licensed to practice law in the State of Illinois, and have been admitted as a member of the trial bar to the United States District Court for the Northern District of Illinois.

2.      I have personal knowledge of the facts set forth herein.

3.      Attached hereto as Exhibit 1 are true and correct copies of screen prints from the website currently maintained by Alpine Bank in which it holds itself out as a locally owned community bank, with bank branches and ATM locations in Rockford, Belvidere, Cherry Valley, Kirkland, Loves Park, Machesney Park, Illinois.  I personally printed the screen prints appearing at Exhibit 1 on March 2, 2015, from the following web locations  www.bankalpine.com/about-us and www.bankalpine.com.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a screen print from the website currently maintained by Alpine Bank (appearing at www.bankalpine.com/locations), which purports to show all of the locations at which Alpine Bank maintains either a bank branch or an ATM.  I personally printed the screen print on March 3, 2015.

EXHIBIT

A

5.      Attached hereto as Exhibit 3 is a true and correct listing of each of Alpine Bank's bank branch and ATM locations, cut and pasted by me personally from the Alpine Bank website at www.bankalpine.com/locations on March 3, 2015.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a document exported from Alpine Bank's website describing its history, including the combination of Alpine Bank and Belvidere Bank under the Alpine Bank name in 2010.   I personally exported the document on March 2, 2015, from www.bankalpine.com/about-us/our-history.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a screen print from the website maintained by Crystaltech Web Hosting, Inc. (d/b/a Newtek) ("Crystaltech"), which identifies the location at which the servers on which it hosts websites are located.  I personally printed the screen print on March 2, 2015, from Crystaltech's website, http://webservices.thesba.com/our-infrastructure/.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6 day of March, 2015.

Scott A. Calkins



EXHIBIT

1



# ABOUT ALPINE BANK

🏠 › About Us

Locally owned since the very beginning, Alpine Bank has proudly served our communities for well over 100 years. Our history as a community bank is based on community involvement and helping people, businesses and our communities succeed.

With Alpine Bank you get:

**A BANK YOU CAN ACTUALLY LIKE**

See why at Alpine Bank, we help you bank your way. Learn More.

**AN EXPERIENCED TEAM**

Our entire team's focus is on helping you succeed financially. View Our Team.

**BOARD OF DIRECTORS**

Our Board of Directors helps keep Alpine Bank on the right track. View our Board of Directors.

**A BANK WITH A RICH HISTORY**

Our past has helped us grow and prepare for the future. Learn more.

**COMMUNITY INVOLVEMENT**

We are committed to strengthening our communities. Learn more.

**PRESIDENT'S MESSAGE**

We invite you to read a message from our president and learn more about Alpine Bank.

Contact us to start your financial partnership with us today!

Follow us





Site Options:

Text Resize: AA **AA** **AA**

Online Banking

[ ] Login

**Forgot Password?** | **Enroll**

Find a Branch/ATM

-- Select Location -- ▾



> Locations & Hours

**Customer Service Hours**    **Branches Open 7 Days a Week**    **Holiday Closings**

Need help finding an Alpine Bank branch or ATM? The map found here can help you locate any of the 15 Alpine Bank locations or 80+ ATMs to get you in, out and on your way.

**CHOOSE A LOCATION**

**Alpine Bank - Belvidere Downtown Branch**

600 State Street
Belvidere, IL 61008

**Alpine Bank - Cherry Valley Branch**

1972 Pawlisch Drive
Rockford, IL 61112

**Alpine Bank - East State Street Branch**

6838 E. State Street
Rockford, IL 61108

**Alpine Bank - Gateway Center**

EXHIBIT
2



- [Home](#)|
- [Locations](#)|
- [About](#)|
- [Careers](#)|
- [Blog](#)|
- [Contact](#)

815.398.6500

Search

# Locations & Hours

Home Locations & Hours

Customer Service Hours Branches Open 7 Days a Week Holiday Closings

Need help finding an Alpine Bank branch or ATM? The map found here can help you locate any of the 15 Alpine Bank locations or 80+ ATMs to get you in, out and on your way.

## Choose A Location

- **Alpine Bank - Belvidere Downtown Branch** 600 State Street

  Belvidere, IL 61008

- **Alpine Bank - Cherry Valley Branch** 1972 Pawlisch Drive

  Rockford, IL 61112



EXHIBIT

3

- **Alpine Bank - East State Street Branch** 6838 E. State Street
  Rockford, IL 61108

- **Alpine Bank - Gateway Center Branch** 1988 Gateway Center Drive
  Belvidere, IL 61008

- **Alpine Bank - Highcrest Office** 1700 Alpine Rd
  Rockford, IL 61107

- **Alpine Bank - Inside Schnucks - Charles Street** 2642 Charles Street
  Rockford, IL 61104

- **Alpine Bank - Inside Schnucks - East State** 6410 E. State Street
  Rockford, IL 61108

- **Alpine Bank - Inside Schnucks - Loves Park** 1810 Harlem Road
  Loves Park, IL 61111

- **Alpine Bank - Kirkland Branch** 306 West Main Street
  Kirkland, IL 60146

- **Alpine Bank - Logan Avenue Drive-Thru Branch** 311 Logan Avenue
  Belvidere, IL 61008

- **Alpine Bank - Machesney Park Branch** 613 Harlem Road
  Machesney Park, IL 61115

- **Alpine Bank - North State Branch** 1425 North State Street

  Belvidere, IL 61008

- **Alpine Bank - Roscoe Branch** 5023 Rockrose Ct.

  Roscoe, IL 61073

- **Alpine Bank - Spring Creek Branch** 2218 N. Mulford Rd.

  Rockford, IL 61107

- **American Legion - Rockford** 1011 South Alpine Road

  Rockford, IL 61108

- **Applewood Mobil ATM** 5542 E. Riverside Blvd.

  Loves Park, IL 61111

- **Aviators Stadium** 4503 Interstate Boulevard

  Loves Park, IL 61111

- **Belvidere Moose ATM** 575 Beloit Road

  Belvidere, IL 61008

- **Belvidere Shell Gas Station** 1024 N. State Street

  Belvidere, IL 61008

- **Broadway Mobil ATM** 2605 Broadway

  Rockford, IL 61108

- **Buckley Mobil ATM** 7252 E. State Street
  Rockford, IL 61108

- **Burpee Museum ATM** 737 North Main Street
  Rockford, IL 61103

- **Bush Gardens ATM** 622 South State Street
  Belvidere, IL 61008

- **Cedarville Mobil ATM** 10 S. Stephenson Street
  Cedarville, IL 61032

- **Concordia Lanes ATM** 1205 Logan Avenue
  Belvidere, IL 61008

- **Coronado PAC** 223 North Main Street
  Rockford, IL 61101

- **Daimler Chrysler, Belvidere Assembly Plant 1 ATM** 3000 W. Chrysler Drive
  Belvidere, IL 61008

- **Daimler Chrysler, Belvidere Assembly Plant 2 ATM** 3000 W. Chrysler Drive
  Belvidere, IL 61008

- **Der Rathskeller** 1132 Auburn Street
  Rockford, IL 61103

- **Dodge Lanes** 1940 N. State Street
  Belvidere, IL 61008

- **East State Mobil ATM** 8061 E. State Street
  Rockford, IL 61108

- **Edgebrook Mobil ATM** 1621 N. Alpine Road
  Rockford, IL 61107

- **Forest Hills Lodge** 1601 West Lane Road
  Loves Park, IL 61111

- **Forest Hills Mobil ATM** 5902 Forest Hills Road
  Loves Park, IL 61111

- **Freeport Mobil ATM** 1730 S. West Street
  Freeport, IL 61032

- **Fusion Sports Center ATM** 7165 Clinton Road
  Loves Park, IL 61111

- **Genoa Mobil ATM** 439 W. Main Street
  Genoa, IL 60135

- **Hilton Garden Inn ATM** 7675 Walton Street
  Rockford, IL 61108

- **Hononegah Mobil ATM** 5213 Elevator Road

  Roscoe, IL 61073

- **Irish Rose Saloon ATM** 519 E. State Street

  Rockford, IL 61104

- **Klehm Arboretum ATM** 2715 S. Main Street

  Rockford, IL 61102

- **Lino's Restaurant** 5611 East State Street

  Rockford, IL 61107

- **Loves Park Mobil ATM** 6224 N. 2nd Street

  Loves Park, IL 61111

- **Lowes Distribution Center** 2801 South Springfield Avenue

  Rockford, IL 61102

- **Marketside Mobil ATM** 5810 E. State Street

  Rockford, IL 61108

- **Mauh-Nah-Tee-See Country Club** 5151 Guilford Road

  Rockford, IL 61107

- **Mobil Mart ATM** 1776 Logan Avenue

  Belvidere, IL 61008

- **NIU Convocation Center ATM** 1525 W. Lincoln Hwy.

  DeKalb, IL 60115

- **North 2nd Mobil ATM** 8200 N. Second Street

  Machesney Park, IL 61115

- **North Alpine Mobil ATM** 321 N. Alpine Road

  Rockford, IL 61107

- **North Main Mobil ATM** 3338 N. Main Street

  Rockford, IL 61103

- **Orlando Mobil ATM** 9915 Orlando Street

  Machesney Park, IL 61115

- **PEAK Fitness** 4304 E. State Street

  Rockford, IL 61108

- **PEAK Sports Club** 4401 Peak Drive

  Loves Park, IL 61111

- **Pecatonica Mobil ATM** 102 9th Street

  Pecatonica, IL 61063

- **Perryville Mobil ATM** 3251 Perryville Road

  Rockford, IL 61114

- **Public Safety Building ATM** 615 N. Main Street
  Belvidere, IL 61008

- **Rock Valley College ERC** 3301 Mulford Road
  Rockford, IL 61107

- **Rock Valley College Stenstrom Center ATM** 4151 Samuelson Road
  Rockford, IL 61109

- **Rock Valley College Student Center ATM** 3301 N. Mulford Road
  Rockford, IL 61114

- **Rockford Speedway** 9572 Forest Hills Road #1
  Loves Park, IL 61111

- **Rockford University Burpee Center ATM** 5050 E. State Street
  Rockford, IL 61108

- **Rockton Mobil ATM** 111 Blackhawk Blvd.
  Rockton, IL 61072

- **Roscoe Mobil ATM** 9785 N. 2nd Street
  Roscoe, IL 61073

- **Salamone's ATM** 103 S. Cherry Street
  Cherry Valley, IL 61016

- **Sandy Hollow Mobil ATM** 1621 Sandy Hollow Road

  Rockford, IL 61109

- **Schnucks ATM** 3150 N. Rockton Avenue

  Rockford, IL 61103

- **State Street ATM** 3921 East State Street

  Rockford, IL 61108

- **Swanhills Golf Course ATM** 2600 Gustafson Road

  Belvidere, IL 61008

- **Victory Sports Complex** 7003 North Alpine Road

  Loves Park, IL 61111

- **Vision Financial** 5301 East State Street

  Rockford, IL 61108

- **Wesley Willows Town Center Branch** 4142 Johns Farm Road

  Rockford, IL 61101

- **West State Mobil ATM** 1111 S. West Avenue

  Freeport, IL 61032

- **Wheeler Mobil ATM** 5955 Wheeler Road

  Cherry Valley, IL 61016

- Winnebago County Housing Authority ATM 3617 Delaware Street

  Rockford. IL 61102

# Alpine Bank - Learn about Alpine Bank's history as a locally-owned community bank

Monday, March 02, 2015
4:07 PM





- [Home](#)|
- [Locations](#)|
- [About](#)|
- [Careers](#)|
- [Blog](#)|
- [Contact](#)

815.398.6500

- [Personal Banking](#)
  - [Checking](#)
  - [Savings & CDs](#)
    - [Savings Accounts](#)
    - [CDs & IRAs](#)
  - [Open An Account Online](#)
    - [eLoans](#)
    - [Get Started Now](#)
  - [24-Hour Banking](#)
  - [Online Banking](#)
  - [Personal Loans](#)
- [Business & Ag Banking](#)
  - [Business Loan Solutions](#)
  - [Small Business Administration loans](#)
  - [Ag Loan Solutions](#)
  - [Deposit Services](#)
  - [Cash Management Services](#)
  - [24-Hour Banking](#)
  - [Online Banking](#)
  - [Employee Benefits](#)
- [Mortgage](#)
  - [Mortgage Options](#)
  - [Apply Now](#)
  - [Meet Our Mortgage Bankers](#)
  - [Free Consultation](#)
  - [Check Loan Status](#)
  - [Mortgage Glossary](#)
  - [Calculators](#)
  - [Mortgage Resources](#)
- [Investments & Trusts](#)



EXHIBIT
4

- o Who We Are
- o Meet Our Investment Team
- o Meet our Trust Administrators
- o Meet Our Retirement Team
- o Resources
- o Investment eStatements

## Our History

Home About Us Our History

### Locally Owned and Proudly Serving Our Communities Since 1908

From the very beginning, Alpine Bank has had the same mission: build great relationships, provide quality customer service and maintain a strong commitment to our communities. Learn how we grew from one branch in Belvidere to 15 locations serving 50,000 families and businesses.

1. **1908**
   Farmers State Bank chartered and opens in Belvidere.
2. **1923**
   Hugh K. Funderburg elected to the board.
3. **1931**
   Hugh K. Funderburg elected bank president.
4. **1933**
   Farmers State Bank assumes assets and deposits of Peoples Bank.
5. **1938**
   Farmers State Bank renamed Farmers National Bank.
6. **1940**
   Farmers National Bank assumes assets and deposits of Poplar Grove Bank. Farmers National Bank assumes assets and deposits of Cherry Valley Bank.
7. **1944**
   Hugh K. Funderburg acquires State Bank of Kirkland.
8. **1945**
   Farmers National Bank granted trust powers.
9. **1961**
   R. Robert Funderburg elected Chairman of Farmers and Kirkland banks.
10. **1967**
    Farmers National renamed Belvidere National Bank and Trust Company.
11. **1971**
    Belvidere Bank opens Logan Avenue facility.
12. **1974**
    R. Robert Funderburg forms Bank of Cherry Valley.
13. **1975**
    State Bank of Kirkland moves to new 7,000 sq. ft. facility.
14. **1976**
    R. Robert Funderburg acquires Alpine State Bank. Bank of Cherry Valley moves to new 6,700 sq. ft. facility.
15. **1979**
    Belvidere Bank opens North State St. branch.
16. **1981**
    Alpine Bank opens Spring Creek/Mulford branch.
17. **1983**
    Alpine Bank moves to new 28,000 sq. ft. facility.
18. **1991**
    Belvidere Bank moves to new 38,000 sq. ft. facility. Belvidere Bank and State Bank of Kirkland merge.
19. **1992**
    R. Robert Funderburg, Jr. elected Chairman. Valley Bank opens Machesney Park branch.
20. **1994**
    Alpine Bank and Valley Bank merge.
21. **1995**
    Alpine Bank opens East State/Perryville drive up facility.
22. **1996**
    Alpine Bank relocates State/Mulford branch to new 46,500 sq. ft. facility. Original Belvidere Bank facility redeveloped as "Landmark Plaza."
23. **1998**
    Alpine Bank opens first in-store branch at Logli's Harlem Rd.
24. **1999**
    Alpine Bank opens second in-store branch at Logli's East State St.

25. **2000**
Alpine Bank opens third in-store branch at Logli's Charles St.

26. **2003**
Belvidere Bank acquires property in Poplar Grove for future branch.

27. **2005**
Alpine Bank acquires land for future branch on Riverside Blvd. Belvidere Bank opens new 5,200 sq. ft. Gateway Center branch.

28. **2006**
Belvidere Bank opens Bucs branch in Belvidere High School.

29. **2007**
Alpine Bank opens new 4,400 sq. ft. Roscoe branch. Belvidere Bank opens Blue Thunder branch in Belvidere North High School.

30. **2008**
Alpine Bank and Belvidere Bank combine under the name of Alpine Bank. Alpine Bank opens branch in the Wesley Willows Town Center.

31. **2010**
Alpine Bank remodels in-store branch at Logli's Charles St. to a new, larger space inside the store.

**Follow us**

**Site Options:**
- More Sharing Services

**Text Resize:**
- Aa
- Aa
- Aa

**Online Banking**

Forgot Password? | Enroll

**Find a Branch/ATM**

Site Navigation **Top**
- Home
- Personal Banking
- Business & Ag Banking
- Mortgage
- Investments & Trusts
- About Us
- Careers
- Security & Privacy

Security & Privacy | Site Map
Community Involvement | Calculators



Member

FDIC



Serving Northern Illinois since 1908

Investment and insurance products are: not FDIC insured; not guaranteed; and, may be subject to investment risk, including possible loss of principal.

© 2015 **Alpine Bank** :: All Rights Reserved
Site **created** and **powered** by **VGM Forbin**

Inserted from <https://www.bankalpine.com/about-us/our-history>



## Security

Newtek utilizes multi-tiered security measures to ensure the physical security of your data, including 24/7/365 professional security, video surveillance, biometric retinal scanning, and a man-trap entry point.

✓ An onsite, third-party professional security team monitors Newtek's datacenter at all times, every day of the year, with high-tech electronic, motion, and video surveillance, in addition to our own 24/7/365 staff.

✓ Man-trap entry point features bullet proof glass, weight-measurement to deter unauthorized "piggy-backing", and state-of-the-art biometric retinal scanning.

✓ If an unauthorized individual attempts to enter the datacenter through the man-trap, an alarm is activated and the man trap doors lock and trap the unauthorized individual inside.



## Location

Our network and datacenter facility is located in Scottsdale, Arizona, a geographical area that touts a relatively stable climate and is free from nearly all natural disaster threats.

✓ With virtually zero risk of experiencing natural disasters, such as earthquakes, hurricanes, tornados, blizzards, or landslides, Scottsdale, Arizona is located in a geographical area free from nearly all catastrophic threats that could cripple networks located in other parts of the globe.

✓ Scottsdale ranks low among large cities as a target of terrorist or malicious activity.

## Power

Newtek uses top-of-the-line UPS (Uninterruptible Power Supply) systems for protection against power spikes and outages, making sure your website is online at all times.



✓ Our datacenter receives power via dual feed from separate sub stations.

✓ Multiple and redundant 2Mw Caterpillar diesel generators supply robust power for increased system reliability.

✓ Onsite fuel reserves provide multiple days of uninterrupted availability.

✓ Backup generators are tested weekly.

✓ In the event of a prolonged outage, generators can power the datacenter indefinitely.

## Humidification



EXHIBIT

tabbies

5







Live Help
Click here for help

## AC

With an advanced temperature control system in place, Newtek servers are always running within a cool, healthy datacenter environment.

✓ EC Fans provide optimized air distribution with no belt abrasion and less vibration for optimal operating conditions.

✓ Advanced Computer Air Conditioning (CRAC) units monitor and maintain temperature, air distribution, and humidity to keep the data center cool.

✓ A + B cooling loops, heat exchanger bypass, and redundant pumps are used for reliable performance.



## Cooling

Newtek's servers and networking equipment benefit from an advanced cooling system that handles high level heat loads, doing much more than air conditioning alone.



✓ Two 600 ton Chiller System pumps recycle cold water underneath an elevated floor so air can rise through the separated sections via floor vents, forming cold aisles.

✓ The cold air flows through the server racks where it picks up heat before exiting from the rear of the racks.

✓ The warm exit air forms "hot aisles" behind the racks, and the hot air dissipates through the ceiling vents.

## Data Center Features

Newtek's datacenter features a segregated maintenance room, preventing third-party maintenance workers or contractors from gaining physical access to server rooms or network equipment.



✓ Pre-action fire suppression with VESDA detection.

✓ Shipping docks are located separately from receiving areas to minimize unauthorized access.

✓ Raised datacenter floors allow chilled pumped air to cool server aisles through selected floor vents.

## SAS 70 Type II (SSAE 16-SOC 1)

Newtek successfully completed the SSAE 16 (SOC 1) audit, which is an attestation standard put forth by the Auditing Standards Board (ASB) of the American Institute of Certified Public Accountants (AICPA). SSAE 16 effectively replaces 'SAS 70 Type II' as of June 15, 2011.

✓ 



**Live Help** ●

*Click here for help*

Network Operations Center (NOC)

✓ Newtek only hires highly qualified datacenter and network administrators, providing each new employee with months of additional specialized training.

✓ Network and system administrators are staffed and available at all times, everyday of the year, including major holidays, to make certain any and all issues are resolved quickly, no matter the date or time.





## Network

Newtek implements complete network redundancy at all key points to ensure uninterrupted connections, from peers, border routers, core routers, and firewalls to ensure your sites are always online.

✓ All network equipment is enterprise, service-provider grade with redundancy within all devices as well.

✓ Our network incorporates Multiple Tier 1 connectivity providers with GigE (Gigabit Ethernet) Internet connections for a superior level of thru-put and uptime.

✓ Each server set utilizes a multi-gigabit fiber optic backbone, and each server segment is supported by a separate gigabit sub. or "maintenance," network to eliminate data saturation.

## Servers

All of our servers are racked in state-of-the-art managed segments utilizing the best hand-picked, server-class components to allow for optimal runtime, performance, and reduced hardware failures.

✓ Servers in our shared segment utilize RAID array technology to ensure your data and information is safe and available in the rare event of hard drive failure.

✓ Raid technology uses multiple hard disk drives within each server to achieve a higher level of performance and reliability.

✓ An expansive amount of hardware is stored on-site so that our datacenter administrators can quickly perform any necessary hardware maintenance.



