IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, as subrogee and assignee of Alpine Bank, <br><br> Plaintiff, <br><br> v. <br><br> IGNITION STUDIO, INC., <br><br> Defendant. | No. 1:15-cv-608 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Travelers Casualty and Surety Company of America, as subrogee and assignee of Alpine Bank, by its attorneys, Mark E. Wilson and FisherBroyles, LLP; and Defendant, Ignition Studio, Inc., by its attorneys, Scott A. Calkins and Reno & Zahm, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action in its entirety with prejudice, each party to bear its own costs, expenses and attorneys' fees.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

By: /s/ Mark E. Wilson
Mark E. Wilson
FISHERBROYLES, LLP
203 N. LaSalle Street
Suite 2100
Chicago, Illinois 60601
Tel: (312) 498-8078
mark.wilson@fisherbroyles.com

IGNITION STUDIO, INC.

By:   /s/ Scott A. Calkins
      Scott A. Calkins
      RENO & ZAHM, LLP
      2902 McFarland Road, Suite 400
      Rockford, Illinois 61107
      Phone: (815) 987-4050
      Fax: (815) 987-4092
      sac@renozahm.com